# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: HAAS, WILLIAM B. | § | Case No. 09-73526 |
| HAAS, CARMEN A. | § | |
| WBH MANAGEMENT CONSULTING SERVICES, | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on August 21, 2009. The undersigned trustee was appointed on September 23, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $      50,001.22

Funds were disbursed in the following amounts:

| | |
|---|---|
| Administrative expenses | 0.00 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 50,001.22 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 03/03/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,750.06. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,750.06, for a total compensation of $5,750.06. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $43.74, for total expenses of $43.74.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/23/2010          By:/s/JOSEPH D. OLSEN _____
                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 09-73526
**Case Name:** HAAS, WILLIAM B.
HAAS, CARMEN A.
**Period Ending:** 04/23/10

**Trustee:**    (330400)    JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 08/21/09 (f)
**§341(a) Meeting Date:** 09/23/09
**Claims Bar Date:** 03/03/10

| Ref. # | 1 — Asset Description (Scheduled And Unscheduled (u) Property) | 2 — Petition/ Unscheduled Values | 3 — Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 — Property Abandoned OA=§554(a) DA=§554(c) | 5 — Sale/Funds Received by the Estate | 6 — Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate located at: 10356 Ashley Street, Hun | 300,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account with Harris Bank | 50.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking and Savings accounts with Wells Fargo B | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account with Harris Bank | 140.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking account with Harris Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Cd with Think Bank (all is son's money) | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | CD with Think Bank (all is son's money) | 6,200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Checking account with Think Bank | 250.00 | 0.00 | DA | 0.00 | FA |
| 9 | Misc. household goods and furnishings | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Clothing | 600.00 | 0.00 | DA | 0.00 | FA |
| 11 | Tops | 780.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2004 Ford Escape subject to lien of Chae Auto Fi | 7,500.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2005 Chevy Tahoe | 16,160.00 | 0.00 | DA | 0.00 | FA |
| 14 | Fradulent conveyance - Minnesota property | 0.00 | 85,000.00 | | 50,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.22 | Unknown |
| 15 | Assets    Totals (Excluding unknown values) | $336,880.00 | $85,000.00 | | $50,001.22 | $0.00 |

**Major Activities Affecting Case Closing:**

Case involves the alleged fraudulent conveyance of vacation home in Minnesota to Debtors' daughter and husband.  Property purportedly worth $160,000 and transferred for $100,00.  Recent case, demand made on transferres 12/1/09.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2010    **Current Projected Date Of Final Report (TFR):**    December 31, 2010

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-73526 |
| Case Name: | HAAS, WILLIAM B. |
| | HAAS, CARMEN A. |
| Taxpayer ID #: | **-***2885 |
| Period Ending: | 04/23/10 |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****34-65 - Money Market Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/10 | {14} | Old Plank Trail Community Bank | from Mark & Kelly Wilson  re: Ref. 14 - offer in compromise | 1110-000 | 50,000.00 | | 50,000.00 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 1.22 | | 50,001.22 |
| 04/20/10 | | Wire out to BNYM account 9200******3465 | Wire out to BNYM account 9200******3465 | 9999-000 | -50,001.22 | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -50,001.22 | 0.00 | |
| Subtotal | 50,001.22 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $50,001.22 | $0.00 | |

*Exhibit B*

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-73526 |
| Case Name: | HAAS, WILLIAM B. |
| | HAAS, CARMEN A. |
| Taxpayer ID #: | **-***2885 |
| Period Ending: | 04/23/10 |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******34-65 - Money Market Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank,<br>N.A. account ********3465 | Wire in from JPMorgan Chase Bank, N.A.<br>account ********3465 | 9999-000 | 50,001.22 | | 50,001.22 |

| | | Receipts | Disbursements | Balance |
|---|---|---|---|---|
| | ACCOUNT TOTALS | 50,001.22 | 0.00 | $50,001.22 |
| | Less: Bank Transfers | 50,001.22 | 0.00 | |
| | Subtotal | 0.00 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $0.00 | $0.00 | |

| | |
|---|---|
| Net Receipts : | 50,001.22 |
| Net Estate : | $50,001.22 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****34-65 | 50,001.22 | 0.00 | 0.00 |
| MMA # 9200-*****34-65 | 0.00 | 0.00 | 50,001.22 |
| | $50,001.22 | $0.00 | $50,001.22 |

{} Asset reference(s)

# E X H I B I T   A
## ANALYSIS OF CLAIMS REGISTER     Claims Bar Date: March 3, 2010

**Case Number:** 09-73526                      Page: 1                      **Date:** April 23, 2010
**Debtor Name:** HAAS, WILLIAM B.                                           **Time:** 01:50:00 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---------|-------------------------|------------|------------------------|----------------|--------------|---------------|
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $5,750.06 | $0.00 | 5,750.06 |
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $43.74 | $0.00 | 43.74 |
| 200 | Yalden, Olsen & Willette<br>1318 East State Street<br>Rockford, IL 61104 | Admin Ch. 7 | | $1,104.00 | $0.00 | 1,104.00 |
| 2<br>100 | Think Mutual Bank<br>c/o Richard H. Fimoff, Robbins, Salomon<br>& Patt, Ltd., 25 E. Washington St., Ste 1<br>Chicago, IL 60602 | Secured | Allowed as secured but no distribution to be made. | $0.00 | $0.00 | 0.00 |
| 1<br>610 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $21,339.42 | $0.00 | 21,339.42 |
| 3<br>610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $34,519.20 | $0.00 | 34,519.20 |
| 4<br>610 | CHASE BANK USA, N.A.<br>c/o Creditors Bankruptcy Service<br>P O BOX 740933<br>Dallas, TX 75374 | Unsecured | | $2,293.57 | $0.00 | 2,293.57 |
| 5<br>610 | First National Bank of Omaha<br>1620 Dodge St., Stop Code 3105<br>Omaha, NE 68197 | Unsecured | | $4,157.45 | $0.00 | 4,157.45 |
| 6<br>610 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $11,810.13 | $0.00 | 11,810.13 |
| << Totals >> | | | | 81,017.57 | 0.00 | 81,017.57 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-73526
Case Name: HAAS, WILLIAM B.
Trustee Name: JOSEPH D. OLSEN

Claims of secured creditors will be paid as follows:

*Claimant*                                          *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Trustee* | JOSEPH D. OLSEN | $ 5,750.06 | $ 43.74 |
| *Attorney for trustee* | Yalden, Olsen & Willette | $ 1,104.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

UST Form 101-7-TFR (9/1/2009)

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 74,119.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 58.2 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 21,339.42 | $ 12,409.67 |
| 3 | Chase Bank USA, N.A. | $ 34,519.20 | $ 20,074.21 |
| 4 | CHASE BANK USA,N.A. | $ 2,293.57 | $ 1,333.80 |
| 5 | First National Bank of Omaha | $ 4,157.45 | $ 2,417.71 |
| 6 | Fia Card Services, NA/Bank of America | $ 11,810.13 | $ 6,868.03 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | N/A | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | N/A | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-TFR (9/1/2009)**