# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: HAAS, WILLIAM B. | § | Case No. 09-73526 |
| HAAS, CARMEN A. | § | |
| WBH MANAGEMENT CONSULTING SERVICES, | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOSEPH D. OLSEN _____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 06/09/2010 in Courtroom 115, United States Courthouse,
211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

Dated : __04/23/2010__    By: _/s/JOSEPH D. OLSEN_____
                                                    Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: HAAS, WILLIAM B. | § | Case No. 09-73526 |
| HAAS, CARMEN A. | § | |
| WBH MANAGEMENT CONSULTING SERVICES, | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $      50,001.22

*and approved disbursements of*     $          0.00

*leaving a balance on hand of* [1]     $      50,001.22

Claims of secured creditors will be paid as follows:

*Claimant*                                                    *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | | Expenses | |
|---|---|---|---|---|---|
| Trustee | JOSEPH D. OLSEN | $ | 5,750.06 | $ | 43.74 |
| Attorney for trustee | Yalden, Olsen & Willette | $ | 1,104.00 | $ | |
| Appraiser | | $ | | $ | |
| Auctioneer | | $ | | $ | |
| Accountant | | $ | | $ | |
| Special Attorney for trustee | | $ | | $ | |
| Charges, | U.S. Bankruptcy Court | $ | | $ | |
| Fees, | United States Trustee | $ | | $ | |
| Other | | $ | | $ | |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 74,119.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 58.2 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 21,339.42 | $ 12,409.67 |
| 3 | Chase Bank USA, N.A. | $ 34,519.20 | $ 20,074.21 |
| 4 | CHASE BANK USA,N.A. | $ 2,293.57 | $ 1,333.80 |
| 5 | First National Bank of Omaha | $ 4,157.45 | $ 2,417.71 |
| 6 | Fia Card Services, NA/Bank of America | $ 11,810.13 | $ 6,868.03 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | N/A | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | N/A | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/JOSEPH D. OLSEN
_____
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cbachman          Page 1 of 1          Date Rcvd: May 03, 2010
Case: 09-73526               Form ID: pdf006          Total Noticed: 28

The following entities were noticed by first class mail on May 05, 2010.
db/jdb        +William B. Haas,   Carmen A. Haas,   10356 Ashley Street,   Huntley, IL 60142-2348
aty           +Craig A Willette,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
aty           +Richard T Jones,   138 Cass Street,   Woodstock, IL 60098-3254
tr            +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
14956060      +CHASE BANK USA,N.A.,   c/o Creditors Bankruptcy Service,   P O BOX 740933,
               Dallas, TX 75374-0933
14344664       Carson Pirie Scott,   P.O. Box 15521,   Wilmington, DE 19850-5521
14344665       Chase,   PO Box 15298,   Wilmington, DE 19850-5298
14344666      +Chase,   Home Equity Loan Services,   P.O. Box 24714,   Columbus, OH 43224-0714
14344667      +Chase,   c/o Michael Fine,   131 S. Dearborn Street, 5th Fl,   Chicago, IL 60603-5571
14870485       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14344669       Citi Driver's Edge,   P.O. Box 688918,   Des Moines, IA 50368-8918
14344671       FIA Card Services,   PO Box 15026,   Wilmington, DE 19850-5026
14344672      ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
               (address filed with court:  Fifth Third Bank,   38 Fountain Square,   Mail Drop 1C0M65,
               Cincinnati, OH 45263)
14344674       FIRST NATIONAL BANK OF OMAHA,   P.O. Box 3696,   Omaha, NE 68103-0696
14344673      +First Nat'l Bank of Omaha,   c/o Echelon Recovery Inc.,   Post Office Box 1880,
               Voorhees, NJ 08043-7880
15144351      +First National Bank of Omaha,   1620 Dodge St., Stop Code 3105,   Omaha, NE 68197-0002
14344677      +Think Federal Credit Union,   c/o Robbins, Salomon & Pratt,   25 E. Washington Street, 10th Fl,
               Chicago, IL 60602-1708
14344676       Think Federal Credit Union,   P.O. Box 5949,   Rochester, MN 55903-5949
14344679      +Think Mutual Bank,   5200 Members Parkway NW,   Rochester, MN 55901-8381
14630932      +Think Mutual Bank,   % Richard H Fimoff,   Robbins Salomon & Patt Ltd,
               25 E Washington St  Ste 1000,   Chicago, Il 60602-1796
14854670      +Think Mutual Bank,   c/o Richard H. Fimoff,   Robbins, Salomon & Patt, Ltd.,
               25 E. Washington St., Ste 1000,   Chicago IL 60602-1796
14344678       Think Mutual Bank,   P.O. Box 31112,   Tampa, FL 33631-3112
14344680       Wells Fargo,   P.O. Box 522,   Des Moines, IA 50306-0522

The following entities were noticed by electronic transmission on May 03, 2010.
14344668       Fax: 602-221-4614 May 03 2010 23:57:13     Chase Automotive Finance,   Bankruptcy Department,
               900 Stewart Avenue, 4th Floor,   Garden City, NY 11530-4855
14821642       E-mail/PDF: mrdiscen@discoverfinancial.com May 04 2010 00:28:18     DISCOVER BANK,
               DFS Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
14344670       E-mail/PDF: mrdiscen@discoverfinancial.com May 04 2010 00:28:18     Discover Card,
               P.O. Box 30421,   Salt Lake City, UT 84130-0421
15145688       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 04 2010 00:27:43
               Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
14344675       E-mail/PDF: cr-bankruptcy@kohls.com May 04 2010 00:31:52     KOHL'S,   Attn:  Bankruptcy Dept.,
               P.O. BOX 3083,   Milwaukee, WI 53201-3083
                                                                              TOTAL: 5

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 05, 2010                    Signature:   Joseph Speetjens